McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cv-00975-GEB-JFM |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | PUBLICATION |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 1066 | ) | |
| EATON ROAD, CHICO, CALIFORNIA, | ) | |
| BUTTE COUNTY, APN: 007-250-088, | ) | |
| INCLUDING ALL APPURTENANCES AND | ) | |
| IMPROVEMENTS THERETO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

3.   The defendant real property is located in the city of Chico, in Butte County, California;

4.   Plaintiff proposes that publication be made as follows:

   a.   Four publications;

   b.   In the following newspaper, a legal newspaper of general circulation, located in the county in which the defendant real property is located: <u>Oroville Mercury Register</u>;

   c.   The publication to include the following:

      (1)   The Court, title and number of the action;

      (2)   The date of posting of the real property;

      (3)   The identity and/or description of the real property posted;

      (4)   The name, address, and telephone number of the attorney for the Plaintiff;

      (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

      (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.")  must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

      (7)   A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

///

2

1    (8)  The name, address, and telephone number of

2  the U.S. Marshal and/or Department of Treasury.

3  Dated: May 24, 2007                McGREGOR W. SCOTT
                                      United States Attorney
4

5
                                       /s/ Kristin S. Door
6                                     KRISTIN S. DOOR
                                      Assistant U.S. Attorney
7

8

9                                **ORDER**

10       **IT IS SO ORDERED.**

11  Dated: June 12, 2007.

12

13

14                    UNITED STATES MAGISTRATE JUDGE

15

16  /realprop1066

17

18

19

20

21

22

23

24

25

26

27

28

3