LAWRENCE G. BROWN
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-00975 LKK/KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE AND ORDER |
| v. | ) | CERTIFICATE |
| | ) | OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 1066 | ) | |
| EATON ROAD, CHICO, CALIFORNIA, | ) | |
| BUTTE COUNTY, APN: 007-250-088, | ) | |
| INCLUDING ALL APPURTENANCES AND | ) | |
| IMPROVEMENTS THERETO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Plaintiff United States of America, and claimants Tamara K. Robertson, James M. Robertson, Peter Buchanan, and Kurt and Monica Karst, individually and as trustees of the Kurt and Monica Karst Family Revocable Trust, appearing through undersigned counsel, hereby agree and stipulate as follows:

   1.  The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

   2.  The parties are to bear their own costs and attorney fees.

1  3.  There was probable cause for the posting of the
2 defendant real property, and for the commencement and prosecution
3 of this forfeiture action, and the Court may enter a Certificate
4 of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: October 7, 2009                LAWRENCE G. BROWN
                                      United States Attorney


                                  By    /s/ Kristin S. Door
                                      KRISTIN S. DOOR
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


DATED: 10-7-09                          /s/ William G. Panzer
                                      WILLIAM G. PANZER
                                      Attorney for claimants
                                      James M. Robertson and
                                      Tamara Robertson


DATED: 9/14/09                        BLACKMON & ASSOCIATES


                                  By    /s/ Clyde Blackmon
                                      CLYDE BLACKMON
                                      Attorney for claimant
                                      Peter Buchanan


DATED: 8-20-2009                        /s/ Brenda Grantland
                                      BRENDA GRANTLAND
                                      Attorney for claimants
                                      Kurt and Monica Karst
                                      Individually and as the
                                      Trustees of the Karst Family
                                      Revocable Trust

                                      (Original signatures retained
                                        by Attorney)
///
///
///

1  IT IS SO ORDERED.

2  Dated: October 13, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed May 24, 2007, and the Stipulation for Dismissal with Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: October 13, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT